JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS McCALL, | No. CV-05-03636-JSW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT LARRY ROBERTSON** |
| vs. | |
| CITY OF OAKLAND, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; BERNARD ORTIS, individually, and in his capacity as an Oakland police officer; LARRY ROBERTSON, individually, and in his capacity as an Oakland police officer; and, DOES 1 through 25, inclusive, | |
| Defendants. / | |

**STIPULATION**

All parties hereby stipulate and agree, by and through their respective counsel, as follows:

That plaintiff dismisses defendant LARRY ROBERTSON from this action with prejudice.

LAW OFFICES OF JOHN L. BURRIS

Dated: 11-30-05    By: _____
JOHN L. BURRIS, Esq.
Attorneys for Plaintiff

LAW OFFICES OF GAYLA B. LIBET

Dated: 11-30-05    By: _____
GAYLA B. LIBET, Esq.
Attorneys for Plaintiff

OFFICE OF THE OAKLAND CITY ATTORNEY

Dated: 11-30-05    By: _____
STEPHEN Q. ROWELL, Esq.
Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 1, 2005    _____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT LARRY ROBERTSON