JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS McCALL, | No. CV-05-03636-JSW |
| Plaintiff, | **STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED SUMMONS AND COMPLAINT** |
| vs. | |
| CITY OF OAKLAND, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; BERNARD ORTIS, individually, and in his capacity as an Oakland police officer; LARRY ROBERTSON, individually, and in his capacity as an Oakland police officer; and, DOES 1 through 25, inclusive, | |
| Defendants. | |

## STIPULATION

All parties hereby stipulate and agree, by and through their respective counsel, as follows:

1. That plaintiff substitutes defendant BRETT ESTRADA for defendant LARRY ROBERTSON, who is dismissed from this action with prejudice; and,

STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED SUMMONS AND COMPLAINT

2. That plaintiff corrects the name of defendant BERNARD ORTIZ for the misspelling of BERNARD ORTIS in the original Complaint in this action.

LAW OFFICES OF JOHN L. BURRIS

Dated: __11-30-05__   By: _____
                           JOHN L. BURRIS, Esq.
                           Attorneys for Plaintiff

LAW OFFICES OF GAYLA B. LIBET

Dated: __11-30-05__   By: _____
                           GAYLA B. LIBET, Esq.
                           Attorneys for Plaintiff

OFFICE OF THE OAKLAND CITY ATTORNEY

Dated: __11-30-05__   By: _____
                           STEPHEN Q. ROWELL, Esq.
                           Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 2, 2005    _____
                           HONORABLE JEFFREY S. WHITE
                           United States District Court Judge

STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED SUMMONS AND COMPLAINT