```
 1  JOHN A. RUSSO, City Attorney - State Bar No. 129729
    RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
 2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar No. 121266
    STEPHEN Q. ROWELL, Deputy City Attorney - State Bar No. 098228
 3  One Frank Ogawa Plaza, 6th Floor
    Oakland, California 94612
 4  Telephone: (510) 238-3865    Fax: (510) 238-6500
    Email: sqrowell@oaklandcityattorney.org
 5
    24688/372814
 6
    Attorneys for Defendants
 7  CITY OF OAKLAND, RICHARD WORD
    BRETT ESTRADA and BERNARD ORTIZ
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS MCCALL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; BERNARD ORTIZ, individually, and in his capacity as an Oakland police officer; BRETT ESTRADA, individually, and in his capacity as an Oakland police officer; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C-05-03636-JSW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

The parties hereby stipulate that the further case management conference scheduled to take place before the Honorable Jeffrey White in captioned matter be continued from July 21, 2006 at 1:30 p.m. to August 18, 2006 at 1:30 p.m.

_____ Date: 5/12/06
STEPHEN Q. ROWELL
Attorney for Defendants
CITY OF OAKLAND, RICHARD WORD
BRETT ESTRADA and BERNARD ORTIZ

_____ Date: 5/11/06
JOHN L. BURRIS, ESQ/
GAYLA LIBET, ESQ.
Attorneys for Plaintiff

## ORDER

It is so ordered.
Dated: May 15, 2006

_____
HONORABLE JEFFREY WHITE
United States District Court

-2-
STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE