```
JOHN A. RUSSO, City Attorney - State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar No. 121266
STEPHEN Q. ROWELL, Deputy City Attorney - State Bar No. 098228
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865    Fax: (510) 238-6500
Email: sqrowell@oaklandcityattorney.org

24688/372814

Attorneys for Defendants
CITY OF OAKLAND, RICHARD WORD
BRETT ESTRADA and BERNARD ORTIZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS MCCALL, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF OAKLAND, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; BERNARD ORTIZ, individually, and in his capacity as an Oakland police officer; BRETT ESTRADA, individually, and in his capacity as an Oakland police officer; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. C-05-03636-JSW <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

The parties hereby stipulate that the further case management conference scheduled to take place before the Honorable Jeffrey White in captioned matter be continued from ~~July 21, 2006 at 1:30 p.m.~~ to ~~August 18, 2006~~ September 29 at 1:30 p.m.

STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

_____  Date: 5/12/06
STEPHEN Q. ROWELL
Attorney for Defendants
CITY OF OAKLAND, RICHARD WORD
BRETT ESTRADA and BERNARD ORTIZ

_____  Date: 5/11/06
JOHN L. BURRIS, ESQ/
GAYLA LIBET, ESQ.
Attorneys for Plaintiff

## ORDER

It is so ordered.

Dated: August 16, 2006

_____
HONORABLE JEFFREY WHITE
United States District Court

-2-
STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE